The Trust Company of Chicago, as Administrator of the Estate of Hermina Juszczyk, Deceased, Appellee, v. Guy A. Richardson and Walter J. Cummings, Receivers, et al., Trading as Chicago Surface Lines, Appellants, and Frank M. Flammang, Individually and Trading as Frank M. Flammang Motor Trucking, et al., Defendants.

Gen. No. 40,903.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940; rehearing denied March 12, 1940. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; Thaddeus C. Toudor and Irving L. Lansing, for appellee; Alec E. Weinrob and Ben E. Polowsky, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''